JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL SCOTT, | ) | No. CV 05-1429-SVW(CW) |
| | ) | |
|     Petitioner, | ) | JUDGMENT |
| | ) | |
|   v. | ) | |
| | ) | |
| JOHN MARSHALL (Warden), | ) | |
| | ) | |
|     Respondent. | ) | |
|_____| ) | |

  **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:   4/27/11_____

_____
    STEPHEN V. WILSON
  United States District Judge

1